# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00532-CR

**The State of Texas, Appellant**

**v.**

**Sarah Christine Padon, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NOS. CR2013-268, CR2013-269 & CR2013-270
### HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The State of Texas has filed a motion to stay three related trial court proceedings pending our disposition of the State's interlocutory appeal of an order granting Sarah Christine Padon's motion to suppress. *See* Tex. Code Crim. Proc. art. 44.01(a)(5). Pursuant to Texas Code of Criminal Procedure article 44.01(e), we grant the State's motion and order a stay of the three trial court proceedings below pending our disposition of the State's appeal. *See id*. art. 44.01(e).

It is ordered on November 2, 2016.

Before Chief Justice Rose, Justices Goodwin and Bourland

Do Not Publish